# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee



JAN 1 4 2021

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

In the Matter of the Search of:
STORED ELECTRONIC DATA
CONTAINED IN MOTOROLA E5 PLAY
16G

) Case No. 2:21-MJ-4
)
)
)

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property:

An electronic device, MOTOROLA E5 PLAY 16G taken from the person of Darrel Lee Brown as more fully described in Attachment A.

located in the _____Eastern_____ District of _____Tennessee_____, there is now concealed *(identify the person or describe the property to be seized)*:

evidence of illegal narcotic transactions, involving Darrel Lee Brown, and other known and unknown persons, in violation of 21 U.S.C. §§ 846, and 841 (a)(1), as more fully described in Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 846, 841(a)1 | Conspiracy to distribute methamphetamine, a Schedule II controlled substance |

The application is based on these facts:
Please see the Affidavit of DEA Task Force Officer, Sollie Rabun, which is attached hereto and fully incorporated herein.

☐ Continued on the attached sheet.

☐ Delayed notice of_____days *(give exact ending date if more than 30 days:* _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Sollie Rabun, DEA Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____telephone_____ *(specify reliable electronic means)*.

Date: 1/14/21

*Judge's signature*

City and state: Greeneville, Tennessee

Cynthia Richardson Wyrick, U.S. Magistrate Judge
*Printed name and title*